# United States Court of Appeals
# for the Fifth Circuit

No. 22-10117
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 28, 2022

Lyle W. Cayce
Clerk

Jerome L. Grimes,

*Plaintiff—Appellant*,

*versus*

Avis Budget Car Rental, L.L.C., a foreign (LLC) limited liability corporation; Budget Rent A-Car Systems, Incorporated, a foreign for-profit corporation,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CV-486

Before Jones, Haynes, and Oldham; *Circuit Judges*.
Per Curiam:*

The court has carefully considered this appeal in light of the appellant's brief, the district court opinion, and pertinent portions of the record. Having done so, we find no reversible error. The district court's

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-10117

judgment is AFFIRMED for essentially the same reasons articulated by that court.